*my* Social Security

Maria                                                                 Sign Out

# Payment History and Overpayments

**Overpayments**  ❓ What are overpayments?

**You do not currently have any overpayments.**

## Payment History

Your **monthly payment amount can change** depending on the types of benefits you receive, as well as any adjustments in your premiums or deductions.

| Date | Payment Type | Amount |
|---|---|---|
| 09/01/2022 | SSI (Disability) | $872.25 |
| 09/30/2022 | SSI (Disability) | $872.25 |
| 11/01/2022 | SSI (Disability) | $872.25 |
| 12/01/2022 | SSI (Disability) | $872.25 |
| 12/30/2022 | SSI (Disability) | $945.25 |
| 02/01/2023 | SSI (Disability) | $945.25 |
| 03/01/2023 | SSI (Disability) | $945.25 |
| 03/31/2023 | SSI (Disability) | $945.25 |
| 05/01/2023 | SSI (Disability) | $945.25 |
| 06/01/2023 | ⌄ SSI (Disability) | $945.25 |