AO 240A  (Rev. 01/09; NJ 02/23, NJ 06/23)  Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

MARIA DIAMONTE,

    Plaintiff(s),

v.

TAJA NIA HENDERSON, et al.,

    Defendant(s).

Civil Action No.  23-03596-KSH-ESK

**ORDER ON APPLICATION TO PROCEED WITHOUT PAYMENT OF FEES**

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915, **IT IS ORDERED** the application is:

☑ **GRANTED**, and

☑ The clerk is ordered to file the complaint,

☐ **IT IS FURTHER ORDERED**, the clerk issue a summons and the U.S. Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff(s).  All costs of service shall be advanced by the United States.

☐ **DENIED**, for the following reasons:

☐ **IT IS FURTHER ORDERED**, the clerk is ordered to close the file.  Plaintiff(s) may submit payment in the amount of **$402** within **14** days from the date of this order to reopen the case without further action from the Court.

ENTERED this  10th  day of August  , 2023        /s/ Edward S. Kiel

                                                           Honorable Edward S. Kiel
                                                           United States Magistrate Judge