**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
U.S. District Court for the District of New Jersey

MARIA DIAMONTE

                    Plaintiff,

v.                                      Case No.: 2:23−cv−03596−KSH−ESK
                                       Judge Katharine S. Hayden

TAJA NIA HENDERSON, et al.

                    Defendant.

### Notice Of Call For Dismissal Pursuant to Fed.R.Civ.P. 4(m)

    Please take notice that the above−captioned action will be dismissed on 11/22/2023, for failure to effect service of the summons and complaint within 90 days of the filing of the complaint, unless you establish that service was effected within said 90 days, by filing proof of service with the Clerk of the Court before the return date of this notice. If proof of service is not filed before the return date, counsel of record or unrepresented parties may be required to appear before the Court, to show good cause why this action should not be dismissed.

                                                        Very truly yours,

                                                        CLERK OF COURT
                                                        By Deputy Clerk, cm

cc Plaintiff:
Maria Diamonte

If applicable, counsel of record is directed to serve this notice to their client, whose street and post office address do not appear in the complaint as directed by Local Civil Rule 10.1, and to provide proof of service to the Court.