IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

MARIA DIAMONTE

Plaintiff

V.                                                    CERTIFICATION

Defendants:

TAJA NIA HENDERSON                    Civil Action No. 2:2023cv03596
KINNA PERRY
GARY FARNEY
JACQUELINE MATTIS
RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY
THE BOARD OF GOVERNORS OF RUTGERS
    THE STATE UNIVERSITY OF NEW JERSEY
JOHN DOE 1-100
JANE DOE 1-100
All individually and in their professional capacities

—-----------------------------------------------------------------

I, Maria Diamonte, certify as follows:

1. I am the plaintiff in the above-captioned matter and I am actively pursuing my claims herein.  I am fully familiar with the facts asserted herein. I have been delayed in prosecuting this matter, including effecting service on the defendants, as I have had 4 deaths in the family in the past 6 months one in the immediate family.
2. Also, I am permanently disabled and tasks take me longer to accomplish.
3. I am in the process of assisting my attorney to amend the complaint already filed and I intend to file additional papers.
4. I am requesting that the Marshalls serve the complaint in this matter.
5. My attorney. will submit all summonses to the court.
6. I request an extension to serve the complaint on the defendants.
7. I certify the above statement is true. I realize if any of the above statements are willfully false, I am subject to punishment.

s/ Maria Diamonte
_____
Maria Diamonte

Dated: November 18, 2023