DanaLynn T. Colao
(dcolao@saiber.com)
Jennifer R. O'Connor
(joconnor@saiber.com)
Katherine A. Escanlar
(kescanlar@saiber.com)
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
T: (973) 622-3333
F: (973) 622-3349

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARIA DIAMONTE,<br><br>Plaintiff,<br><br>v.<br><br>TAJA NIA HENDERSON, *et al.*<br><br>Defendants. | Civil Action No. 2:23-cv-03596 (KSH)(JRA)<br><br>*Document Filed Electronically* |

### **DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendants Rutgers, The State University of New Jersey, the Board of Governors of Rutgers, The State University of New Jersey, and Rutgers University Foundation of the State University (collectively, "Defendants") state as follows:

1.      The Board of Governors of Rutgers, The State University of New Jersey is not a separate entity but is the governing board of Rutgers, The State University of New Jersey which is a body corporate and politic and the instrumentality of the State of New Jersey for purposes of operating the state university. Rutgers University and its Board of Governors do not have a parent corporation and have issued no stock.  Accordingly, there is no publicly held corporation that owns ten percent (10%) or more of their stock.

2.      The Rutgers University Foundation is a 501(c)(3) nonprofit corporation, does not have a parent corporation, and has issued no stock.  Accordingly, there is no publicly held corporation that owns ten percent (10%) or more of its stock.

Dated:  June 26, 2024

*s/ DanaLynn T. Colao*
DanaLynn T. Colao (dcolao@saiber.com)
Jennifer R. O'Connor (joconnor@saiber.com)
Katherine A. Escanlar (kescanlar@saiber.com)
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
T: (973) 622-3333

*Attorneys for Defendants*