

**DanaLynn T. Colao, Esq.**
973.645.4837
dcolao@saiber.com

February 3, 2025

**VIA CM/ECF**
The Honorable Katharine S. Hayden, U.S.D.J.
United States District Court for the District of New Jersey
Frank R. Lautenberg P.O. Building and U.S. Courthouse
One Federal Square
Newark, New Jersey 07102

**Re:**   *Maria Diamonte v. Taja Nia Henderson, et al.*
            **Civil Action No. 23-03596-KSH-SDA**

Dear Judge Hayden:

  We represent Defendants Rutgers, The State University of New Jersey, the Board of Governors of Rutgers, The State University of New Jersey, Rutgers University Foundation of the State University, Taja Nia Henderson, Kinna Perry, Gary Farney, and Jacqueline Mattis, (collectively, "Defendants") in the above matter.

  Pursuant to Your Honor's January 30, 2025 Text Order (ECF No. 54), we write on behalf of Defendants to confirm that counsel for Defendants will attend the in-person oral argument regarding Defendants' Motion to Dismiss Plaintiff's First Amended Complaint presently scheduled for February 26, 2025 at 11:00 a.m.

  We thank the Court for its consideration in this matter, and we look forward to seeing Your Honor at oral argument on February 26.

Saiber LLC • 18 Columbia Turnpike, Suite 200 • Florham Park, New Jersey • 07932-2266 • Tel 973.622.3333 • Fax 973.622.3349 • www.saiber.com
Florham Park • Newark • New York • Philadelphia

Honorable Katharine S. Hayden, U.S.D.J.
February 3, 2025
Page 2

                                              Respectfully submitted,

                                              <u>s/ DanaLynn T. Colao</u>
                                              DanaLynn T. Colao

cc:     Counsel of record (by CM/ECF)