## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE:** NEWARK  **DATE:** February 26, 2025
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** LAURIE ENGEMANN

**TITLE OF CASE:**

**DOCKET # 23-cv-3596**

MARIA DIAMONTE

    vs.

TAJA NIA HENDERSON, et al

**APPEARANCES:**
Anthony Scordo, Esq., Attorney for Plaintiff
Danalynn Colao Esq., Attorney for Defendant
Katherine Ann Escanlar, Esq., Attorney for Defendant

**Nature of Proceedings**: Oral argument on Defendant's Motion to Dismiss [D.E 34]
Hearing held.
Decision reserved.
 Opinion to be filed.

**Time Commenced: 11:15 A.M.**
**Time Adjourned:    12:30 P.M.**

                              Christine Melillo, Courtroom Deputy
                          to the Honorable Katharine S. Hayden, U.S.D.J.